In the Matter of J. ROLAND SALA, a City Magistrate of the City of New York.— Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [See *ante*, p. 665.]

VIRGINIA C. MUNDY, Respondent, v. NORRIS H. MUNDY, JR., Appellant.— Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [See *ante*, p. 664.]

WALD-GREEN FOOD CORPORATION, Respondent, v. ACME FAST FREIGHT, INC., Appellant.— Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [200 Misc. 679, affd. 200 Misc. 687.]

WILLIAM BORST, Appellant, v. WILLIAM H. DRAPER, JR., as Trustee of the Long Island Rail Road Company in Reorganization, Respondent.— No opinion. Present — Nolan, P. J., Carswell, Adel, Sneed and Wenzel, JJ.

HYMAN COHEN, Respondent, v. CITY OF NEW YORK, Appellant.— In our opinion, the verdict for plaintiff was against the weight of the evidence. The exclusion of the police officer's memorandum and report was not erroneous; and in any event no substantial right of the defendant was affected thereby. Nolan, P. J., Carswell, Johnston, Adel and MacCrate, JJ., concur.

TOM PERCACCIO, Respondent, v. CRAWFORD CLOTHES, INC., Appellant.— No opinion. Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARL MRZENA, Appellant.—